THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Denise Edwards, Appellant.
 
 
 

Appeal From Florence County
 Paul M. Burch, Circuit Court Judge
Unpublished Opinion No.  2009-UP-170
Submitted April 1, 2009  Filed April 27,
 2009
AFFIRMED

 
 
 
 Deputy Chief Appellate Defender for Capital Appeals Robert M.
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, and
 Assistant Attorney General Melody J. Brown, all of Columbia; and Solicitor Edgar
 L. Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM: 
 Denise Edwards appeals her convictions and sentences for murder and homicide by
 child abuse.  Edwards argues the trial court erred by refusing to require the
 State to elect between the charges of murder and homicide by child abuse, and
 by admitting hearsay testimony from an expert witness.  We affirm pursuant to Rule 220(b), SCACR,
 and the following authorities:  State v. Hall, 280 S.C. 74, 77, 310
 S.E.2d 429, 431 (1983) (explaining our Supreme Court has held on numerous
 occasions that when a single act combines the requisite ingredients of two
 distinct offenses, the defendant may be severally indicted and punished for
 each) (quoting State v. Steadman, 216 S.C. 579, 589, 59 S.E.2d 168,
 171 (1950)); State v. Northcutt, 372 S.C. 207, 215, 641 S.E.2d 873, 877
 (2007) (holding [h]omicide by child abuse is not a lesser included offense of
 murder because murder does not include the element of the victim being eleven
 or younger); Jackson v. Speed, 326 S.C. 289, 305, 486 S.E.2d 750, 758
 (1997) (Where the hearsay is merely cumulative to other evidence, its
 admission is harmless.).  

AFFIRMED.[1]
HUFF, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.